UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

NANCY A. RUSSOMANO, Individually and as
Administratrix of the Estate of Angelo J. Russomano,
Deceased,
                        Plaintiff,                 06-CV-01507
             vs.                               (NAM/RFT)

ECOLAB INC.,
                        Defendant.
_____

**APPEARANCES:**                            **OF COUNSEL:**

O'Connell and Aronowitz               Kevin P. Hickey, Esq.
54 State Street                           Tina Chericoni Versaci, Esq.
9TH Floor
Albany, New York 12207-2501
*Attorneys for Plaintiff*

Bowman and Brooke LLP               Richard G. Morgan, Esq.
150 South Fifth Street                  Ryan L. Nilsen, Esq.
Suite 3000                               John D. Sear, Esq.
Minneapolis, MN 55402
and
Hiscock & Barclay                        Robert A. Barrer, Esq.
One Park Place
300 South State Street
Syracuse, New York, 13202-2078
*Attorneys for Defendant*

**Hon. Norman A. Mordue, Chief U.S. District Judge**

**JUDGMENT DISMISSING ACTION**
**BASED UPON SETTLEMENT**

       The Court has been advised by Magistrate Randolph F. Treece, that the parties have

entered into an agreement in settlement of all claims in this action, and that they reasonably

anticipate finalizing their agreement shortly, following which this action will be discontinued,

with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil

Procedure.  Counsel also withdraws the motion for summary judgment and the motion to preclude expert testimony.  Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

Therefore, it is hereby,

ORDERED that the above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and it further

ORDERED that the dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> a party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and it is further

ORDERED that the motion for summary judgment (Dkt. No. 30) and the motion to preclude expert testimony (Dkt. No. 31) are withdrawn.  The Clerk is directed to terminate the motions.

IT IS SO ORDERED

Date: July 27, 2009

Norman A. Mordue
Chief United States District Court Judge